**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESMOND HARDY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A,<br><br>　　　　Defendant. | Case No.: 8:20-cv-00669-JLS-KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A., and good cause appearing,

　　**IT IS ORDERED** that the Stipulation is **GRANTED.**

　　The above-entitled matter is hereby dismissed with prejudice, as to Defendant Capital One Bank (USA), N.A., with the parties to bear their own attorneys' fees, costs, and expenses.

　　**IT IS SO ORDERED.**

DATED: 06/01/2020

　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　United States District Judge